1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                   NORTHERN DISTRICT OF CALIFORNIA

6

7    BRIGHTEDGE TECHNOLOGIES, INC.,              Case No.  14-cv-01009-WHO   (MEJ)

                     Plaintiff,
8                                                **DISCOVERY ORDER**
              v.
9                                                Re: Dkt. No. 44
     SEARCHMETRICS, GMBH., et al.,
10
                     Defendants.
11

12

13          The Court is in receipt of Plaintiff BrightEdge Technologies request that the Court relieve

14   it of the in person meet and confer requirement for discovery disputes regarding its requests for

15   production, and that the Court grant Plaintiff leave to file its letters on these disputes without

16   needing to obtain Defendants' portions.  Dkt. No. 44.  Defendants Searchmetrics GmbH and

17   Searchmetrics, Inc. have filed a response, arguing that Plaintiff's request is an improper attempt to

18   bypass this Court's requirements that parties meet and confer in good faith to genuinely attempt to

19   resolve disputes prior to involving the Court.  Dkt. No. 46.  Defendants maintain that Plaintiff

20   seeks to unilaterally impose unreasonable and arbitrary meet and confer requirements on them to

21   obstruct the discovery process and harass and them.

22          Upon review of the parties' filings, the Court DENIES Plaintiff's requests to relieve it of

23   the in person meet and confer requirement and file its letters without Defendants' portions.  The

24   parties are ORDERED to meet and confer, over a reasonable timeframe and in good faith, to

25   discuss these disputes.  After the parties have discussed the issues, understand the other party's

26   positions, and determine they cannot reach agreement, the parties should then meet and confer in

27   person in a genuine attempt to try to resolve the dispute before involving the Court.  So as to

28   ensure compliance with the spirit of the meet and confer requirement, the parties shall make a

United States District Court
Northern District of California

contemporaneous record of any in person meeting using a court reporter or electronic recording device.  The parties are advised that, if any joint letters are filed, the Court may request a copy of the transcript from the in person meeting.

**IT IS SO ORDERED.**

Dated: July 17, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California