UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SEARCHMETRICS, GMBH., et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-01009-WHO   (MEJ)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 48 |

　　　The Court is in receipt of the Joint Discovery Letter filed on July 18, 2014.  Dkt. No. 48. The Joint Letter states that the parties attached the May 14, 2014 Interrogatories and Requests for Production, together with Defendants' responses as Exhibits A and B; however, the exhibits were not filed with the Joint Letter.  Accordingly, the Court ORDERS the parties to file Exhibits A and B to the Joint Letter by July 23, 2014.

　　　**IT IS SO ORDERED.**

Dated: July 22, 2014

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge