UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIGHTEDGE TECHNOLOGIES, INC.,

    Plaintiff,

  v.

SEARCHMETRICS, GMBH., et al.,

    Defendants.

Case No. 14-cv-01009-WHO   (MEJ)

**ORDER FOR PARTIES TO APPEAR FOR COURTROOM MEET AND CONFER SESSION**

The Court is in receipt of Plaintiff Brightedge Technologies, Inc.'s Request for Telephonic Conference. Dkt. No. 60. Plaintiff requests a telephonic conference for the purpose of seeking to compel Defendants Searchmetrics, Inc. and Searchmetrics GMBH to comply with the Court's discovery dispute requirements. Pursuant to the undersigned's Discovery Standing Order, the parties must meet and confer in person in an attempt to resolve any discovery disputes. If unable to reach a resolution, they may then file a joint letter. This process requires the parties to distill the issues and frame their arguments in a manner that allows the Court to rule on them efficiently.

Having reviewed the request, the Court ORDERS the parties to meet and confer in person on September 24, 2014 at 9:30 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall come prepared to meaningfully discuss and resolve their disputes. If unable, the parties shall draft a joint letter at the session in compliance with paragraph 2 of the Standing Order. Thus, the parties are ORDERED to bring any necessary equipment to draft the letter and present it to the Deputy Clerk for electronic filing.

If the parties meet and confer in person and resolve their disputes or file a joint letter prior to September 24, they shall jointly request that the Court vacate the meet and confer session.

**IT IS SO ORDERED.**

Dated: September 10, 2014

                                                    MARIA-ELENA JAMES
                                                  United States Magistrate Judge