1
2
3
4
5
6
7
8
9
10
11

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

12
13
14
15
16
17

| BRIGHTEDGE TECHNOLOGIES, INC., | Case No. 3:14-cv-01009-WHO-MEJ |
|---|---|
| Plaintiff, | **[AGREED PROPOSED] ORDER GRANTING JOINT REQUEST TO VACATE MEET AND CONFER SESSION** |
| v. | |
| SEARCHMETRICS GMBH and SEARCHMETRICS, INC., | |
| Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

Upon the Parties' Joint Request to Vacate Meet and Confer Session and their showing of good cause, the Court hereby vacates the meet and confer session scheduled on September 24, 2014 at 9:30 a.m.

DATED: September 23, 2014

By: _____
The Honorable Maria-Elena James
United States District Magistrate