UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS, GMBH., et al., <br><br> Defendants. | Case No. 14-cv-01009-WHO <br><br> **ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF** <br><br> Re: Dkt. No. 80 |

There are two motions currently set for hearing in this case: defendants' Motion for Stay of the Case Pending Inter Partes Review, set for hearing on November 5, 2014; and plaintiff's Motion for Leave to File a Third Amended Complaint, set for hearing on November 12, 2014. Dkt. Nos. 70, 80. On October 10, 2014, plaintiff filed a motion for administrative relief under Civil Local Rule 7-11, requesting that the hearing on defendants' motion be pushed back one week, to November 12, 2014, so that both motions could be heard on the same date. Dkt. No. 83. Defendants filed an opposition on October 14, 2014. Dkt. No. 85.

Plaintiff's motion for administrative relief is GRANTED. The hearing on defendants' Motion for Stay of the Case Pending Inter Partes Review is moved to November 12, 2014 at 2:00 pm. The briefing schedule for that motion, as well as for plaintiff's Motion for Leave to File a Third Amended Complaint, remains unchanged.

**IT IS SO ORDERED**.

Dated: October 14, 2014

WILLIAM H. ORRICK
United States District Judge