UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS, GMBH., et al., <br><br> Defendants. | Case No. 14-cv-01009-WHO   (MEJ) <br><br> **ORDER RE: REQUEST FOR CLARIFICATION** <br><br> Re: Dkt. Nos. 78, 81-82 |

On October 7, 2014, the Court ordered Searchmetrics to produce certain CRM database documents, nonprivileged email responsive to BrightEdge's document requests, and 19 categories of documents referenced in the parties' previous discovery letters.  Dkt. No.78.  The Court advised the parties that if BrightEdge was not satisfied by Searchmetrics' production, they should further meet and confer in compliance with the undersigned's Discovery Standing Order.  The Court is now in receipt of Searchmetrics' request for clarification regarding the scope of the Court's order (Dkt. No. 81), as well as BrightEdge's response (Dkt. No. 82).  Having reviewed the parties' submissions, the Court clarifies as follows:

1)  Production shall be pursuant to the Ediscovery model order.  The parties shall meet and confer with regard to the required stipulation by October 23, 2014.

2)  Searchmetrics will provide all discovery discussed in the joint letters (including the emails and the 19 categories in dispute) by October 30, 2014, without further delay.  The parties shall meet and confer in person no later than November 14th to discuss any further email or document production requested by BrightEdge.  If the parties cannot agree on further production, the parties shall prepare a further joint letter to be submitted to the Court by November 20, 2014.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____ <br>
MARIA-ELENA JAMES <br>
United States Magistrate Judge