UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS, GMBH., et al., <br><br> Defendants. | Case No. 14-cv-01009-WHO   (MEJ) <br><br> **ORDER RE: PENDING DISCOVERY DISPUTES AND RELATED MOTION TO SEAL** <br><br> Re: Dkt. Nos. 106, 107, 108 |

On November 21, 2014, Judge Orrick stayed this case until June 1, 2015, with the exception of certain discovery specified in his Order.  Dkt. No. 109.  Accordingly, all pending discovery disputes are DENIED WITHOUT PREJUDICE.  The parties may resubmit any discovery disputes after Judge Orrick has lifted the stay.  BrightEdge Technologies' Motion to Seal (Dkt. No. 107) is DENIED WITHOUT PREJUDICE for the same reason.

**IT IS SO ORDERED.**

Dated: November 24, 2014

MARIA-ELENA JAMES
United States Magistrate Judge