UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS, GMBH., et al., <br><br> Defendants. | Case No.  14-cv-01009-HSG <br><br> **ORDER TO SHOW CAUSE** |

The parties are ordered to show cause why the stay in this matter should not be lifted.  The parties are directed to file a joint statement of no more than five pages by April 28, 2016.

**IT IS SO ORDERED.**

Dated:  4/22/2016

                                                                          _____
                                                                          HAYWOOD S. GILLIAM, JR.
                                                                          United States District Judge