UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SEARCHMETRICS GMBH. ET AL.,<br><br>Defendants. | Case No. 3:14-cv-01009-HSG<br><br>**JOINT REPORT REGARDING ORDER TO SHOW CAUSE AND [PROPOSED] ORDER**<br><br>Judge:         Hon. Haywood S. Gilliam, Jr.<br>Magistrate:  Hon. Maria-Elena James |

Pursuant to this Court's Order to Show Cause dated April 22, 2016, the parties hereby submit this joint report and proposed order requesting the stay in this matter be continued as described below.

DATED:  April 28, 2016

| | |
|---|---|
| By: _Jon V. Swenson_<br>       Jon V. Swenson<br>BAKER BOTTS L.L.P.<br>1001 Page Mill Road, Suite 200<br>Palo Alto, California  94304<br>Telephone:     +1-650-739-7500<br>Facsimile:      +1-650-739-7699<br><br>    Attorney for BRIGHTEDGE<br>TECHNOLOGIES, INC. | By: _Carrie L. Williamson_<br>       Carrie L. Williamson<br>DLA PIPER LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303-2248<br>Telephone:     (650) 833-2000<br>Facsimile:      (650) 833-2001<br><br>    Attorney for SEARCHMETRICS, INC.<br>AND SEARCHMETRICS GMBH |

1        Plaintiff BrightEdge Technologies, Inc. ("BrightEdge") and Defendants Searchmetrics GmbH and Searchmetrics, Inc. (collectively, "Searchmetrics") previously agreed to, and Judge Orrick ordered, a stay of this five-patent case until June 1, 2015. D.I. 109. Pursuant to that order, on June 1, 2015, the parties were required to file a joint case management statement to inform the Court whether a continued stay was appropriate. D.I. 109; 105 at 1. On June 1, 2015, the parties requested that the stay continue. D.I. 122, at 3. Given that the parties are currently involved in state court litigation that may inform some of the discovery in this patent litigation, the parties request that the patent case continue to be stayed as described below.

Searchmetrics had filed requests for *inter partes* review ("IPR") proceedings before the Patent Trials and Appeals Board (PTAB) regarding the validity of three of the five patents in suit. The PTAB has since denied all of Searchmetrics' requests to institute IPR proceedings.

BrightEdge and Searchmetrics Inc. are currently involved in extensive litigation in California State Court: *BrightEdge Technologies, Inc. v. Martinez et al.*, No. 1:13-cv-256794 (Santa Clara Superior Court) (the "State Court Case"). BrightEdge's complaint in the State Court Case includes trade secret misappropriation, civil conspiracy to commit misappropriation of trade secrets, breach of contract and civil conspiracy claims against Searchmetrics, Inc. and two former employees and one current employee of Searchmetrics. Searchmetrics' claims against BrightEdge and two of its senior executives in the State Court Case include trade libel, intentional interference with prospective economic advantage, unfair competition, and false advertising. The parties believe that certain information discovered in the State Court Case may be relevant to issues in the Patent Case.

Because of overlap in subject matter, and to conserve their resources that would otherwise be necessary by continuing both litigations in parallel, the parties agree that the stay in this litigation should continue.

Accordingly, the parties respectfully request that the Court maintain the stay of this case until the State Court Case concludes. If, prior to the conclusion of the State Court Case, either party believes that the stay should not continue, either party may file a regularly noticed motion under the Local Rules to move to lift the stay, and the opposing party will have the time prescribed

1

under the Local Rules to file an opposition to the motion to lift the stay.

In the event that the Court is inclined to lift the stay now, the parties respectfully request an opportunity to further discuss this issue with the Court either through briefing, a status conference or any other manner requested by the Court.

## [PROPOSED] ORDER

Having reviewed the foregoing, and finding good cause, **IT IS HEREBY ORDERED** that this **CASE IS STAYED** until the conclusion of the State Court Case, Civil Action No. 1:13-cv-256794 (Santa Clara Superior Court). If, prior to the conclusion of the State Court Case, either party believes that the stay should not continue, either party may file a regularly noticed motion under the Local Rules to move to lift the stay, and the opposing party will have the time prescribed under the Local Rules to file an opposition to the motion to lift the stay.

Dated: _____

_____
Honorable Hon. Haywood S. Gilliam, Jr.