# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., | Case No. 3:14-cv-01009-WHO |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE CMC** |
| v. | |
| SEARCHMETRICS GMBH ET AL., | Judge:      Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

The Court, having considered the parties' JOINT STIPULATION TO CONTINUE CMC, and good cause appearing,

**HEREBY ORDERS** that the April 18, 2017 Case Management Conference is hereby continued to May 2, 2017 at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: March 30, 2017

The Honorable Haywood S. Gilliam, Jr.
United States District Judge