G. HOPKINS GUY (SBN 124811)
hop.guy@bakerbotts.com
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
KARINA A. SMITH (SBN 286680)
karina.smith@bakerbotts.com
ELIZABETH K. BOGGS (SBN 280555)
betsy.boggs@bakerbotts.com
JOHN F. GAUSTAD (SBN 279893)
john.gaustad@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

*Attorneys for BrightEdge Technologies*

MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com
DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248
Telephone: (650) 833-2000
Facsimile: (650) 833-2001

*Attorneys for Searchmetrics, Inc. and Searchmetrics GmbH*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS GMBH. ET AL., <br><br> Defendants. | Case No. 4:14-cv-01009-HSG <br><br> **STIPULATION REGARDING A TEMPORARY STAY AND [PROPOSED] ORDER TO ALLOW THE PARTIES TO PURSUE SETTLEMENT AND MEDIATION** |

IT IS HEREBY STIPULATED AND AGREED, pursuant to the Court's July 18, 2017 Order (Dkt. No. 142), by and between Plaintiff BrightEdge Technologies, Inc. ("BrightEdge") and Defendants Searchmetrics, GmbH and Searchmetrics, Inc. (collectively, "Searchmetrics") through their undersigned counsel, as follows:

WHEREAS on May 2, 2017 the Court lifted the stay in the current case and directed the parties to submit a proposed case schedule;

WHEREAS on May 8, 2017, Defendant Searchmetrics, Inc. filed a petition for Chapter 11 bankruptcy with the United States Bankruptcy Court for the District of Delaware, instituting an automatic stay pursuant to 11 U.S.C. § 362;

WHEREAS on July 17, 2017, the United States Bankruptcy Court for the District of Delaware entered an order dismissing the bankruptcy petition and lifting the automatic stay (*see* Dkt. No. 141);

WHEREAS on July 18, 2017, the Court ordered the parties to "meet and confer regarding a proposed case schedule through claim construction and to e-file a stipulation and proposed order setting out the schedule" by July 28, 2017 (Dkt. No. 142);

WHEREAS the parties have agreed in principal to further settlement discussions, including a personal face-to-face meeting between the principals of all three parties mediated by Tony Piazza to occur on Tuesday, August 1;

WHEREAS Searchmetrics, Inc. has represented that, if settlement discussions and mediation fail, it will likely file for Chapter 7 liquidation, again imposing an automatic stay in this case and related litigation;

WHEREAS the parties believe that an interim two-week stay will foster settlement discussions and the anticipated mediations, preserve the status quo, and preserve the resources of the parties and the Court;

WHEREAS at the end of the interim two-week stay the parties will advise whether a settlement in principle has been reached or is anticipated and, if not, will submit a proposed case schedule pursuant to the Court's July 18, 2017 order;

IT IS HEREBY STIPULATED that the case be temporarily stayed, subject to the following conditions:

1. The case is stayed until August 11, 2017;

2. On or prior to August 11, 2017, the parties may submit a stipulation establishing good cause for a continuation of the stay due to a settlement in principle or anticipated, accompanied by a proposed order.

In the alternative, if the Court wishes to enter a proposed case schedule at this time, the parties have met and conferred in an attempt to negotiate a case schedule. The parties were unable to reach agreement on a case schedule, and have presented each of their proposed schedules as a draft proposed order, Exhibit A hereto.

DATED: July 28, 2017           Respectfully submitted,

BAKER BOTTS L.L.P.

By: */s/ Jon Swenson*
    G. HOPKINS GUY (SBN 124811)
    hop.guy@bakerbotts.com
    JON V. SWENSON (SBN 233054)
    jon.swenson@bakerbotts.com
    BAKER BOTTS L.L.P.
    1001 Page Mill Road, Suite 200
    Palo Alto, California 94304
    Telephone: +1-650-739-7500
    Facsimile: +1-650-739-7699

Attorneys for Plaintiff
BRIGHTEDGE TECHNOLOGIES, INC.

DATED: July 28, 2017           Respectfully submitted,

DLA PIPER LLP (US)

By: */s/ Carrie Williamson* (by permission)
    MARK FOWLER
    TIMOTHY LOHSE
    CARRIE L. WILLIAMSON
    DLA PIPER LLP (US)
    2000 University Avenue
    East Palo Alto, CA 94303-2214
    Telephone: 650.833.2000
    Facsimile: 650.833.2001

Attorneys for Defendants
SEARCHMETRICS GMBH and
SEARCHMETRICS, INC.

**[~~PROPOSED~~ ORDER]**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

Dated: 7/31/2017

_____
Hon. Haywood S. Gilliam, Jr.