UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br> Plaintiff, <br> v. <br> SEARCHMETRICS, GMBH., et al., <br> Defendants. | Case No. 14-cv-01009-HSG <br><br> **ORDER REGARDING CMC HELD NOVEMBER 21, 2017** <br><br> Re: Dkt. No. 188 |

The Court held a case management conference ("CMC") on November 21, 2017 regarding the parties' pending motions, and counsels' conduct to date in this litigation. In accordance with the Court's comments at the CMC, the Court **DIRECTS** the parties to order a copy of the CMC transcript. Counsel for each party must provide the CMC transcript to their clients, and certify within 28 days of the date of this Order that they have done so. Counsel for the parties must evenly split the cost of the CMC transcript.

**IT IS SO ORDERED.**

Dated: 11/28/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge