1 | MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
2 | TIMOTHY LOHSE, Bar No. 177230
timothy.lohse@dlapiper.com
3 | CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com
4 | CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
5 | ERIK R. FUEHRER, Bar No. 252578
erik.fuehrer@dlapiper.com
6 | JONATHAN HICKS, Bar No. 274634
jonathan.hicks@dlapiper.com
7 | **DLA PIPER LLP (US)**
2000 University Avenue
8 | East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
9 | Facsimile: 650.833.2001

10 | Attorneys for Defendants
SEARCHMETRICS GMBH and
11 | SEARCHMETRICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS GMBH and SEARCHMETRICS, INC., <br><br> Defendants. | CASE NO. 4:14-cv-01009-HSG <br><br> **DEFENDANTS' APPLICATION AND ORDER TO BRING AND USE EQUIPMENT AT DECEMBER 14, 2017 HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

DLA Piper LLP (US)
East Palo Alto

WEST\279784373.1   DEFS' APPLICATION & [PROP] ORDER TO BRING & USE EQUIPMENT AT
DEC. 14, 2017 HR'G ; NO. 4:14-CV-01009-HSG

1       Defendants Searchmetrics, Inc. and Searchmetrics GmbH ("Searchmetrics") submit the
2 following Application and Proposed Order to allow counsel for Searchmetrics to bring and use
3 electronic equipment in the courtroom on December 14, 2017 for the hearing on Searchmetrics's
4 Motion for Judgment on the Pleadings (Dkt. No. 173). Searchmetrics believes visual
5 presentations will aid the Court in reviewing the parties' arguments regarding the technology and
6 patent claims at issue. Searchmetrics therefore applies for leave to bring laptop computers,
7 cables, and other supporting peripheral devices for connection to the Court's projection
8 equipment and to use these equipment for visual presentations to aid the Court during the hearing.

Dated: December 12, 2017

DLA PIPER LLP (US)

By: */s/ Carrie L. Williamson*
    MARK D. FOWLER
    TIMOTHY LOHSE
    CARRIE L. WILLIAMSON
    CHRISTINE CORBETT
    ERIK FUEHRER
    JONATHAN HICKS
    **DLA PIPER LLP (US)**
    2000 University Avenue
    East Palo Alto, CA 94303-2214
    Telephone: 650.833.2000
    Facsimile: 650.833.2001

    Attorneys for Defendants
    SEARCHMETRICS GMBH and
    SEARCHMETRICS, INC.

**ORDER**

IT IS HEREBY ORDERED THAT:

Searchmetrics is granted leave to bring into the Courtroom laptop computers, cables, and other supporting peripheral devices for connection to the Court's projection equipment and to use these equipment for visual presentations to aid the Court during the hearing on the Motion for Judgment on the Pleadings on December 14, 2017.

Dated: December 12, 2017

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE



DENIED
Judge Haywood S. Gilliam Jr.