1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
3  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
6  JONATHAN HICKS, Bar No. 274634
   jonathan.hicks@dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA  94303-2214
   Telephone:  650.833.2000
9  Facsimile:  650.833.2001

10 Attorneys for Defendants
   SEARCHMETRICS GMBH and
11 SEARCHMETRICS, INC.

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        OAKLAND DIVISION

16

17 BRIGHTEDGE TECHNOLOGIES, INC.,        CASE NO.  4:14-cv-01009-HSG

                 Plaintiff,             **DEFENDANTS' APPLICATION AND**
18                                       **ORDER TO BRING AND USE**
   v.                                    **EQUIPMENT AT DECEMBER 14, 2017**
19                                       **HEARING ON MOTION FOR**
   SEARCHMETRICS GMBH and               **JUDGMENT ON THE PLEADINGS**
20 SEARCHMETRICS, INC.,

21               Defendants.

22

23

24

25

26

27

28

1      Defendants Searchmetrics, Inc. and Searchmetrics GmbH ("Searchmetrics") submit the

2   following Application and Proposed Order to allow counsel for Searchmetrics to bring and use

3   electronic equipment in the courtroom on December 14, 2017 for the hearing on Searchmetrics's

4   Motion for Judgment on the Pleadings (Dkt. No. 173).  Searchmetrics believes visual

5   presentations will aid the Court in reviewing the parties' arguments regarding the technology and

6   patent claims at issue.  Searchmetrics therefore applies for leave to bring laptop computers,

7   cables, and other supporting peripheral devices for connection to the Court's projection

8   equipment and to use these equipment for visual presentations to aid the Court during the hearing.

9

10  Dated:  December 12, 2017

DLA PIPER LLP (US)

11                                                              By: */s/ Carrie L. Williamson*
                                                                    MARK D. FOWLER
12                                                                  TIMOTHY LOHSE
                                                                    CARRIE L. WILLIAMSON
13                                                                  CHRISTINE CORBETT
                                                                    ERIK FUEHRER
14                                                                  JONATHAN HICKS
                                                                    **DLA PIPER LLP (US)**
15                                                                  2000 University Avenue
                                                                    East Palo Alto, CA  94303-2214
16                                                                  Telephone:  650.833.2000
                                                                    Facsimile:   650.833.2001
17
                                                                    Attorneys for Defendants
18                                                                  SEARCHMETRICS GMBH and
                                                                    SEARCHMETRICS, INC.
19

20

21

22

23

24

25

26

27

28

1   **ORDER**

2        IT IS HEREBY ORDERED THAT:

3        Searchmetrics is granted leave to bring into the Courtroom laptop computers, cables, and

4   other supporting peripheral devices for connection to the Court's projection equipment and to use

5   these equipment for visual presentations to aid the Court during the hearing on the Motion for

6   Judgment on the Pleadings on December 14, 2017.

7

8   Dated:  December 13, 2017

9                                                                         _____
                                              HON. H_____R.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Stamp: UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA · DENIED · Haywood S. Gill Jr. · Judge Haywood S. Gilliam Jr.*