G. HOPKINS GUY (SBN 124811)
hop.guy@bakerbotts.com
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
KARINA A. SMITH (SBN 286680)
karina.smith@bakerbotts.com
ELIZABETH K. BOGGS (SBN 280555)
betsy.boggs@bakerbotts.com
JOHN F. GAUSTAD (SBN 279893)
john.gaustad@bakerbotts.com
AMY LIANG (SBN 291910)
amy.liang@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

*Attorneys for BrightEdge Technologies*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS GMBH. ET AL., <br><br> Defendants. | Case No. 4:14-cv-01009-HSG <br><br> **PLAINTIFF'S APPLICATION & [PROPOSED] ORDER TO BRING & USE EQUIPMENT AT DECEMBER 14, 2017 HEARING ON MOTION FOR JUDGMENT ON THE PLEADINGS** |

PL.'S APPLICATION & [PROPOSED] ORD. TO BRING & USE EQUIPMENT AT DEC. 14, 2017 HR'G ON MOT. FOR JUDGMENT ON THE PLEADINGS

CASE NO. 4:14-CV-01009 HSG

| | |
|---|---|
| 1 | Plaintiff BrightEdge Technologies, Inc. ("BrightEdge") submits the following Application |
| 2 | and Proposed Order to allow counsel for BrightEdge to bring and use electronic equipment in the |
| 3 | courtroom on December 14, 2017 for the hearing on Searchmetrics's Motion for Judgment on the |
| 4 | Pleadings (Dkt. No. 173). BrightEdge believes visual presentations will aid the Court in |
| 5 | reviewing the parties' arguments regarding the technology and patent claims at issue. BrightEdge |
| 6 | therefore applies for leave to bring laptop computers, cables, and other supporting peripheral |
| 7 | devices for connection to the Court's projection equipment and to use these equipment for visual |
| 8 | presentations to aid the Court during the hearing. |

Plaintiff BrightEdge Technologies, Inc. ("BrightEdge") submits the following Application and Proposed Order to allow counsel for BrightEdge to bring and use electronic equipment in the courtroom on December 14, 2017 for the hearing on Searchmetrics's Motion for Judgment on the Pleadings (Dkt. No. 173). BrightEdge believes visual presentations will aid the Court in reviewing the parties' arguments regarding the technology and patent claims at issue. BrightEdge therefore applies for leave to bring laptop computers, cables, and other supporting peripheral devices for connection to the Court's projection equipment and to use these equipment for visual presentations to aid the Court during the hearing.

DATED: December 11, 2017

Respectfully submitted,

BAKER BOTTS L.L.P.

By: /s/ G. Hopkins Guy
G. HOPKINS GUY (SBN 124811)
hop.guy@bakerbotts.com
JON V. SWENSON (SBN 233054)
jon.swenson@bakerbotts.com
BAKER BOTTS L.L.P.
1001 Page Mill Road, Suite 200
Palo Alto, California 94304
Telephone: +1-650-739-7500
Facsimile: +1-650-739-7699

Attorneys for Plaintiff
BRIGHTEDGE TECHNOLOGIES, INC.

# [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

Plaintiff is granted leave to bring into the Courtroom laptop computers, cables, and other supporting peripheral devices for connection to the Court's projection equipment and to use these equipment for visual presentations to aid the Court during the hearing on the Motion for Judgment on the Pleadings on December 14, 2017.

Dated: December 12, 2017



DENIED
Judge Haywood S. Gilliam Jr.