1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  TIMOTHY LOHSE, Bar No. 177230
   timothy.lohse@dlapiper.com
3  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  ERIK R. FUEHRER, Bar No. 252578
   erik.fuehrer@dlapiper.com
6  JONATHAN HICKS, Bar No. 274634
   jonathan.hicks@dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA 94303-2214
   Telephone: 650.833.2000
9  Facsimile: 650.833.2001

10 Attorneys for Defendants
   SEARCHMETRICS GMBH and
11 SEARCHMETRICS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRIGHTEDGE TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SEARCHMETRICS GMBH and SEARCHMETRICS, INC., <br><br> Defendants. | CASE NO. 4:14-cv-01009-HSG <br><br> **STIPULATION AND ORDER ENLARGING TIME FOR THE PARTIES TO SERVE DAMAGES CONTENTIONS** |

| | |
|---|---|
| 1 | Pursuant to Civil Local Rule 6-2, Defendants Searchmetrics, Inc. and Searchmetrics |
| 2 | GmbH (collectively, "Searchmetrics") and Plaintiff BrightEdge Technologies, Inc. |
| 3 | ("BrightEdge") (collectively, "the parties") respectfully submit this Stipulation and [Proposed] |
| 4 | Order Enlarging Time for the Parties to Serve Damages Contentions: |

WHEREAS, the current deadline in the Court's Stipulation and Order Regarding Case Schedule Through Claim Construction (Dkt. No. 165) for BrightEdge to serve its damages contentions pursuant to Patent Local Rule 3-8 is January 16, 2018 and the current deadline for Searchmetrics to serve its responsive damages contentions pursuant to Patent Local Rule 3-9 is February 15, 2018;

WHEREAS, there have been no other modifications to the deadlines in the Court's Stipulation and Order Regarding Case Schedule Through Claim Construction (Dkt. No. 165);

WHEREAS, the parties have met and conferred in good faith and agree that in light of the recent holidays and to provide the parties additional time to prepare their respective damages contentions, a 30-day extension of this deadline would be mutually beneficial;

WHEREAS, the requested time change would not have any effect on any other dates in the schedule for this case;

NOW, THEREFORE, the parties respectfully request that the Court issue an order extending:

1. BrightEdge's deadline to serve its damages contentions pursuant to Patent Local Rule 3-8 from January 16, 2018 to February 15, 2018; and

2. Searchmetrics deadline to serve its responsive damages contentions pursuant to Patent Local Rule 3-9 from February 15, 2018 to March 19, 2018.

**IT IS SO STIPULATED.**

DATED: January 5, 2018

| By: */s/ Jon V. Swenson* | By: */s/ Carrie L. Williamson* |
|---|---|
| Jon V. Swenson | Carrie L. Williamson |
| BAKER BOTTS L.L.P. | DLA PIPER LLP (US) |
| 1001 Page Mill Road, Suite 200 | 2000 University Avenue |
| Palo Alto, California 94304 | East Palo Alto, CA 94303-2248 |

| | |
|---|---|
| Telephone: +1-650-739-7500 | Telephone: (650) 833-2000 |
| Facsimile: +1-650-739-7699 | Facsimile: (650) 833-2001 |
| Attorney for BRIGHTEDGE TECHNOLOGIES, INC. | Attorney for SEARCHMETRICS, INC. AND SEARCHMETRICS GMBH |

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | IT IS HEREBY ORDERED that: |
| 3 | 1.  BrightEdge's deadline to serve its damages contentions pursuant to Patent Local |
| 4 | Rule 3-8 is extended from January 16, 2018 to February 15, 2018; and |
| 5 | 2.  Searchmetrics deadline to serve its responsive damages contentions pursuant to |
| 6 | Patent Local Rule 3-9 is extended from February 15, 2018 to March 19, 2018. |
| 7 | IT IS SO ORDERED. |
| 9 | Dated: January 5, 2018 |

_____
Hon. Haywood S. Gilliam, Jr.